Elise H. M. Holt, Appellant, v. Franklin W. Hopkins, Respondent.— Judgment affirmed, with costs. No opinion.

Lewis M. Isaacs and Others, Respondents, v. Haines Realty Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion.

Alice Mulligan, Respondent, v. Frederick W. Whitridge, as Receiver of the Union Railway Company of New York City, Appellant.— Judgment and order reversed, as against the weight of evidence, new trial ordered, costs to appellant to abide event.

Bernard Lynch, Appellant, v. Robert P. Murphy Hotel Company and Others, Respondents.— Judgment affirmed, with costs, on 130 Appellate Division, 691.

William B. Keller, Appellant, v. Charles D. Halsey and Others, Respondents. — Judgment and order affirmed, with costs, on 130 Appellate Division, 598.

Nathan Bilder, as Trustee in Bankruptcy of the Kornit Manufacturing Company, Appellant, v. Charles E. Ellis, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

William E. Bloodgood and William R. Walker, as Surviving Executors and Trustees under the Will of Thomas Lewis, Deceased, Respondents, v. The Kings County Trust Company, as Executor of and Trustee under the Last Will and Testament of Mary E. Lewis, Deceased, Defendant in Supplemental Complaint, Appellant, Impleaded with Thomas Lewis and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Prym, Respondent, v. Peck & Mack Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Eva K. Conlon, Appellant, v. Mary Ann Kelly and Others, Defendants, Impleaded with Ellen Dolan, as Administratrix, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Barnett, Respondent, v. Leo Schwortzreich, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Philip J. Saulson, Appellant, v. Dover White Marble Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Laughlin, J., dissenting.)

Knickerbocker Investment Company, Plaintiff, v. Foster M. Voorhees and Others, Individually and as Voting Trustees of the Stock of the Bankers Life Insurance Company, Defendants, Impleaded with the Bankers Life Insurance Company, Respondent. In the Matter of the Application of Davies, Stone & Auerbach, Attorneys, Appellants, to Have Their Lien for Fees and Disbursements Determined and Enforced.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herman Fromme, Appellant, v. Nathan J. Miller and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Charles L. Tiffany, Deceased. In the Matter of the Petition of Burnett Y. Tiffany, Appellant, for a Citation Requiring Alfred Mitchell and Louis C. Tiffany, Respondents, to Show Cause Why They Should Not Be Required to Render and Judicially Settle the Accounts of Their Proceedings from December 20, 1906, to the 1st of August, 1909, as Executors of and Trustees under the